JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 790 -- _In re Exxon Corp. Hawkins Field Unit Recoupment Litigation_

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/09/08 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- pltf. Exxon Corporation for transfer of actions pursuant to 28 U.S.C. §1407 w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. Texas   (ds) |
| 88/09/19 | | APPEARANCES: SAUL COHEN, ESQ. for Marie Erhard; JAMES PAYNE, PRO SE; DAVID WHITEHILL, ESQ. for Ben Whitehill;  JOHN FAUVRE, ESQ. for Bank of America;  GEORGE BRAMBLETT, ESQ. for Sarah Nell Humphreys, First Nat'l Bank of El Dorado, David Meredith, Ruth Samuel, Leland Montgomery, and F.Y. Hutchison, Jr.;  ROBERT ESTES, ESQ. for McIlroy Bank & Trust; IKE ALLEN LAWS, JR., ESQ. for Bobbie Jo Ingram; RICHARD GILL, ESQ. for E.H. Hamlett, Jr.;  DAVID BECK, ESQ. for Exxon Corp.; HOPKIN T. ROWLANDS, JR., ESQ. for Marshall U. Rumbaugh, M.D.;  BRUCE ASHTON, ESQ. for Jewish Community Foundation;  THOMAS BROWN, ESQ. for Fred Wolferman; T. JOHN WARD, ESQ. for Aetna Bell Reichen, Margaret Bowman, Lee Friedman; and RODNEY ACKER, ESQ. for Joe K. Moody  (cds) |
| 88/09/21 | | APPEARANCES -- FRED J. GLOVER, ESQ. for Lilie McClellan and Nora Tecklenburg; KARL MACOMBER, ESQ. for Russell Russo and Melissa Graddock; DAVID K. ROBINSON, ESQ. for John B. Wells, Jr. (ds) |
| 88/09/21 | | APPEARANCE -- DOUGLAS J. AANESTAD, ESQ. for Augusta J. MacDonald and Jane Modisette  (ds) |
| 88/09/22 | | APPEARANCE -- GREY W. SATTERFIELD, ESQ. for Mary Leon Hare and Louise B. Smith  (ds) |
| 88/09/23 | | APPEARANCE -- JOHN H. SCHUEKE, ESQ. for Henry E. Andrews, Sr. (ds) |
| 88/09/26 | | APPEARANCES -- M.E. ME ORCHIS, ESQ. for Frankie Juanita de Orchis; WILLIAM A. DAHL, ESQ. for Florence Goldie Reed, et al.; DAVID FOLSOM, ESQ. for Sherry D. Hare Kobus; ALAN G. METZGER, ESQ. for Michael Petree  (ds) |
| 88/09/28 | 2 | RESPONSE -- defts. Sarah Nell Humphreys, First National Bank of El Dorado, David Sutton Meredith, Rugh C. Samuel, Leland M. Montgomery and F.Y. Hutchison, Jr. w/cert. of svc.  (ds) |
| 88/10/04 | 3 | RESPONSE -- (to pldg. #1) Lee Friedman, Aetna Bell Reichen and Margaret Bowman -- w/cert. of svc. (rh) |
| 88/10/04 | 4 | RESPONSE -- (to pldg. #1) Augusta J. MacDonald and Jane Modisette -- w/cert. of svc. (rh) |

790

| | | |
|---|---|---|
| 88/10/06 | 5 | RESPONSE -- (to pldg. #1) E.H. Hamlett, Jr. -- w/cert. of svc. (rh) |
| 88/10/07 | | APPEARANCE: TERRY C. KERN, ESQ.; J.H. WILSON, ESQ. for Betty Jane Craft and Dorothy Trail -- w/cert. of svc. (rh) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA  (cds) |
| 88/10/20 | | FIRST AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON OCTOBER 7, 1988 -- Notified involved counsel and judge and clerk  (ds) |
| 88/10/28 | | APPEARANCE: SHERRILL L. JOHNSON, ESQ. for United California Bank, Executor (First Interstate Bank of California, Executor) and United California Bank Co., Trustee (First Interstate Bank of California Co., Trustee) (rh) |
| 88/11/04 | 6 | SUPPLEMENTAL INFORMATION -- movant's Exxon Corporation -- w/cert. of service  (cds) |
| 88/11/16 | | HEARING APPEARANCES:  (Hearing on 11/17/88 in New Orleans, Louisiana) -- DAVID J. BECK, ESQ. for Exxon Corp.; GEORGE W. BRAMBLETT, ESQ. OR NOEL W. HENSLEY, ESQ. for Sara Nell Humphreys, et al. and RICHARD H. GILL, ESQ. for E.H. Hamlett, Jr. (rh) |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT:  (Hearing on 11/17/88 in New Orleans, Louisiana) -- Verna A. Shamburger; Helen S. Ryals; C.H. Shamburger, Jr.; Florence Goldie Reed; Marcelle Reed; Fred W. Wolferman; Michael Petree; Henry E. Andrews; Bobbie Jo Ingram; Russel Russo, Melissa Craddock; Joe K. Moody; Jewish Community Foundation; Stanley B. Schneider; Marie Wells Erhard; Reba Lynch LeCroy; Lee Friedman; Aetna Bell Reichen; Margaret Bowman; McIlroy Bank & Trust, Trustee of the Florence Stearns Lemry Trust; Frankie Juanita DeOrchis; and John B. Wells, Jr. (rh) |
| 88/11/22 | 7 | STATUS REPORT -- Exxon Corporation -- w/Exibits 1-4 and cert. of service  (cds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 790 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/12/01 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of Texas to the Hon. Robert M. Parker for pretrial proceedings (rh) |
| 88/12/01 | | TRANSFER ORDER -- Transferring A-3 - A-8; A-11 - A-18; A-20 - A-21 to the Eastern District of Texas pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 88/12/02 | 8 | STATUS REPORT -- filed by Exxon Corporation w/Exhibits and cert. of svc. (ds) |
| 89/01/03 | | CORRECTION ORDER (re Dec. 1, 1988 Transfer Order) -- correcting footnote 1 -- Notified involved judges, clerks, counsel and misc. recipients  (cds) |

JPML Form 1

Revised: 8/78

**DOCKET NO. 790  -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

CAPTION:   In re Exxon Corp. Hawkins Field Unit Recoupment Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 17, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | December 1, 1988 | TO | Unpublished | E.D. Texas | Hon. Robert M. Parker | |

Rita Robens (deputy)
Tyler, Texas

**Special Transferee Information**

DATE CLOSED:   1/5/94

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Hon. Robert M. Parker
E.D. Texas

DOCKET NO. 790 -- In re Exxon Corp. Hawkins Field Unit Recoupment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Exxon Corporation v. E. H. Hamlet, Jr. etc. *Not* | Ala.,S. *Vollmer* | 88-0060 | *denied DO NOT COUNT* | | | *Transfer denied* *Transfer on 12-1-88* *Dis'd prior to transfer 12/5/88* |
| A-2 | Exxon Corporation v. Russell Russo, et al. *Do Not* | Arizona Marquez | 88-0094-TUC-ACM | *XYZ* | | | |
| A-3 | Exxon Corporation v. Margaret Bowman, et al. | Ark.,E Waters | 88-2010 TY88-377-CA *XYZ* | | | 4/29/92 D | |
| A-4 | Exxon Corporation v. Alvis Henry Price, et al. | Cal.,C. Whelan | 88-0042-FW | 12-1-88 | 88-662 | 10/15/91 D | |
| A-5 | Exxon Corporation v. Robert B. Bailey, et al. | Colorado Kane | 88-K-125 | 12-1-88 | 88-663 | 11/05/91 D | |
| A-6 | Exxon Corporation v. Frankie Juanita de Orchis, etc. | Conn. Egington | B-88-44-WWE | 12-1-88 | 88-664 | 12/13/91 D | |
| A-7 | Exxon Corporation v. David Sutton Meredith, et al. | Fla.,S. Kehoe | 88-0147-CIV-KEHOE | 12-1-88 | 88-665 | 12/13/91 D | |
| A-8 | Exxon Corporation v. Augusta J. MacDonald, et al. | Idaho Ryan | CIV-88-1031 | 12-1-88 | 88-666 | 6/19/91 D | |
| A-9 | Exxon Corporation v. Simeon Edward hayner, et al. | Tex E Ill.,N. Plunkett | TY-88-583-CA 88-C-0765 XYZ | | | 10/15/91 D | |

ALL ACTIONS PENDING INDIVIDUALLY BUT CONSOLIDATED UNDER TY-80-432-CA (See XYZ-25 and 28 and 29)

JPML FORM 1 -- Continuation ®

Listing of Involved Actions -- p. 2

DOCKET NO. 790 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Exxon Corporation v. Joe K. Moody | ~~S. D.Tex~~ ~~Iowa,S.~~ ~~O'Brien~~ *PARKER* | ~~88-049-~~ ~~B~~ TJ-88-J58-XY2 *CA* | | | 2/10/92 D | *TRANSFERRED 9/28/88* |
| A-11 | Exxon Corporation v. Michael Petree | Kansas Crow | 88-1038-C | 12-1-88 | 88-667 | 12/27/90 D | |
| A-12 | Exxon Corporation v. Marea Burke Gardner | Ky.,W. Meredith | C-88-0049-L(~~B~~) *M* | 12-1-88 | 88-668 | 11/08/89 D | |
| A-13 | Exxon Corporation v. Jean R. Yawkey, et al. | Mass. Mazzone | 88-1086-MA | 12-1-88 | 88-669 | 10-31-90 D | |
| A-14 | Exxon Corporation v. Helen Shamburger Ryals, et al. | Miss.,S. ~~Singletary~~ *Barbour* | J-88-0037-(B) | 12-1-88 | 88-670 | 3/22/88 D | |
| A-15 | Exxon Corporation v. Stanley Schmittler, et al. | Mo.,E. Cahill | 88-0142-C-4 | 12-1-88 | 88-671 | 10/15/91 D | |
| A-16 | Exxon Corporation v. Lewis C. DeGuerin | Nevada George | CV-S-88-054-LDG | 12-1-88 | 88-672 | 10/23/89 D | |
| A-17 | Exxon Corporation v. Marie Wells Erhard, et al. | N.M. Mechem | CIV-88-0108-M | 12-1-88 | 88-673 | 10/23/89 D | |
| A-18 | Exxon Corporation v. Leland M. Montgomery, et al. | N.Y.,S. Keenan | 88-CIV-0545 | 12-1-88 | 88-674 | 2/10/92 D | |
| A-19 | Exxon Corporation v. ~~Billie~~ Moreland *CO* Wolfer | ~~Ohio,S.~~ *Colo.,* Rubin | C-1-88-0096 | | | *dism prior to transfer* | |

DOCKET NO. 790 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | Exxon Corporationj v. Florence A. Brandon, et al. | Okla.,W. Russell | CIV-88-123-R | 12-1-88 | 88-675 | | |
| A-21 | Exxon Corporation v. Lee Friedman, et al. | Pa.,E. VanAntwerpen | 88-0595 | 12-1-88 | 88-676 | | |
| A-22 | Exxon Corporation v. Reba Lynch LeCroy | ~~Tenn.,W.~~ E.D. Tex. ~~Turner~~ | ~~88-2849~~ 88-625 ~~TU A~~ | XYZ | | | |
| A-23 | Exxon Corporation v. F. Y. Hutchison, Jr., et al. | ~~Wash.,W.~~ Tex., E. ~~Dwyer~~ PARKER | ~~C-88-110~~ Ty-88-582-CA | XYZ | | | |
| XYZ-24 | Exxon Corp. v. Leland M. Montgomery, et al. | E.D.Tex. | ~~88-545~~ 88-607 | | | | |
| | July 1989 - 15 TR/6 XYZ/21 Pending | | | | | | |
| XYZ-25 | Exxon Corp. v. First City National, et al. (Jarvis action)          trans. to E.Tex | Tex.,S. Parker | ~~H-87-3596~~ TY-80-432-CA | | | 1/5/79D | reopened 7/27/8? trans. to E |
| XYZ-26 | Exxon Crop. v. Sally Graves, et al.          trans. to E.Tex. | N.Dak Parker | ~~88 NC-005-G~~ TY-88-381-CA | | | | |
| XYZ-27 | Exxon Corp. v. Nena Murdock, et al.          trans. to E.Tex. | Cal.C. Parker | ~~88-00424~~ TY-88-376-CA | | | | |
| XYZ-28 | Exxon Corp. v. Texaco          trans. to E.Tex. | Tex.,S. Parker | ~~H-87-2718~~ TY-80-432-CA | Consolidated with A-25 | | | |
| XYZ-29 | Exxon Corp. v. Phillips Petroleum          trans. to E.Tex. | Tex.,S. Parker | ~~H-87-1849~~ TY-80-432-CA | Consolidated with A-25 | | | |
| XYZ-30 | Exxon Corp. v. Fina Oil & Chemicals          trans to E.Tex. | Tex.S. Parker | ~~H-87-1850~~ Ty-88-135-CA | | | 1/5/79-D | |

DOCKET NO. 790 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-31 | Exxon Corporation v. Demontrond, et al. | Tex., E Parker | TY88-200-CA | | | 1/5/94-D | |
| XYZ-32 | Exxon Corporation v. Arnold, et al. | Tex., E. Parker | TY88-110-CA | | | 1/5/94 D | |
| XYZ-33 | Rutherford, et al. v. Exxon Corp. | Tex., E. Parker | TY87-270-CA | | | 8/20/93 | |
| XYZ-34 | Rutherford, et al. v. Exxon Corp. | Tex.,E. Parker | TY-85-462-CA | → Severed from TY-80-432-CA to be tried separately D | | | |
| XYZ-35 | Exxon Corp. v. Cochran, et al. trans. to Tex., E. | La.,E. Parker | 88-00365 TY-88-427-CA | → All defs dism as of 5/21/92 | | | |

July 1990 - 11 xv2/32 Pending

July 1991 - 1 /3/ Pending

July 1992 - 1# Pending /

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __790__ -- In re Exxon Corp. Hawkins Field Unit Recoupment Litigation

EXXON CORPORATION (A-1 - A-23)
David J. Beck, Esq.
Frank Koury, Esq.
Fulbright & Jaworski
1301 McKinney Street
Houston, TX 77010

E.H. HAMLETT, JR.
Richard H. Gill, Esq.
Copeland, Franco, Screws & Gill
444 South Perry Street
Post Office Box 347
Montgomery, AL 36104

BOBBIE JO INGRAM
Ike Allen Laws, Jr., Esq.
Laws, Swain & Murdoch
P.O. Box 3000
Russellville, AR 72801

McILROY BANK & TRUST, Trustee for
the Florence Stearns Lemry Trust
Robert R. Estes, Esq.
One McIlroy Plaza
P.O. Box 1327
Fayetteville, AR 72702

JOE K. MOODY
Rodney Acker, Esq.
Jenkens & Gilchrist, P.C.
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2711

JAMES R. PAYNE
James R. Payne, Pro Se
525 Sierra Dr., S.E.
Albuquerque, NM 87108

SARAH NELL HUMPHREYS
FIRST NATIONAL BANK OF EL DORADO
DAVID SUTTON MEREDITH
RUTH C. SAMUEL
LELAND M. MONTGOMERY
F.Y. HUTCHISON, JR.
George W. Bramblett, Esq.
Noel M. Hensley, Esq.
Haynes and Boone
901 Main Street
3100 First RepublicBank Plaza
Dallas, TX 75202-3714

MARIE WELLS ERHARD
Saul Cohen, Esq.
Sutin, Thayer & Browne
300 First Interstate Plaza
P.O. Box 2187
Santa Fe, NM 87504

BEN F. WHITEHILL
David B. Whitehill, Esq.
P.O. Box 470372
Tulsa, OK 74147-0372

BANK OF AMERICA NATIONAL TRUST
AND SAVINGS ASSOCIATION
John C. Fauvre, Esq.
Office of General Counsel
555 South Flower Street
Suite 900
Los Angeles, CA 90071

LEE FRIEDMAN
AETNA BELL REICHEN
MARGARET BOWMAN
T. John Ward, Esq.
Sharp, Ward, Price & Searcy
P.O. Drawer 3106
Longview, TX 75606

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. ___790___ __ In re Exxon Corp. Hawkins Field Unit Recoupment Litigation

JEWISH COMMUNITY FOUNDATION
Bruce L. Ashton, Esq.
Reish & Luftman
11755 Wilshire Blvd., 10th Floor
Los Angeles, CA 90025

MARSHALL U. RUMBAUGH, M.D.
Hopkin T. Rowlands, Jr., Esq.
1120 United Penn Bank Building
Wilkes-Barre, PA 18701

FRED WOLFERMAN
Thomas C. Brown, Esq.
Brown & Thiessen, P.C.
2405 Grand, Suite 300
Kansas City, MO 64108-2510

RUSSELL RUSSO
MILISSA CRADDOCK

Karl E. MacComber, Esq.
Russo, Cox, Dickerson, Butler
  and Russo, P.C.
4301 East Fifth Street
Tucson, AZ 85711-2090

SHERRY D. HARE KOBUS
David Folsom, Esqu.
Young, Patton & Folsom
4122 Texas Boulevard
P.O. Box 1897
Texarkana, TX 75504

LEO M. LEVI MEMORIAL HOSPITAL
(NO APPEARANCE RECEIVED)
J.E. Sanders, Esq.
Wootton, Glover, Sanders & Slagel
520 Ouachita Avenue
Hot Springs, AR 71901

J.J. MEEKER
ROBERT A. WHITE
TED BEGGS BEVAN
(NO APPEARANCE RECEIVED)
J.J. Meekers, Headquarters
2101 Webster St., Suite 1700
Oakland, CA 94612

SHULIA SLAUGHTER
(NO APPEARANCE RECEIVED)
Paul Evan Greenwald, Esq.
Greenwald & Chappel
Center Tower, Suite 700
650 Town Center Drive
Costa Mesa, CA 92626-1977

JOHN B. WELLS, JR.
David K. Robinson, Esquire
Hahn & Hahn
301 East Colorado Blvd,, Suite 900
Pasadena, CA 91101-1977

JO ANN PAYNE SCHMIDT
(NO APPEARANCE RECEIVED)
JO ANN PAYNE SCHMIDT
6819 Oaklawn Way
Fair Oaks, CA 95628

ANDREA TOMPKINS
(NO APPEARANCE RECEIVED)
ANDREA TOMPKINS
125 N. Allen Avenue
Pasadena, CA 91106-2228

ALVIS HENRY PRICE
(NO APPEARANCE RECEIVED)
Mary Frances McHugh, Esq.
Newman, Aaronson, Krekorian
  & Vanaman
14001 Ventura Blvd.
Sherman Oaks, CA 91423

JOHN M. HARRISON
(NO APPEARANCE RECEIVED)
JOHN M. HARRISON
3503 Rolph Way
El Dorado Hills, CA 95630

FLORENCE GOLDIE REED
MARCELLE W. REED

William Dahl, Esq.
Thomas, Snell, Jamison, Russell
  and Asperger
2445 Capitol Street
P.O. Box 1461
Fresno, CA 93716

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. __790__ -- __In re Exxon Corp. Hawkins Field Unit Recoupment Litigation__

STANLEY B. SCHNEIDER
(NO APPEARANCE RECEIVED)
STANLEY B. SCHNEIDER
17500 Marilla Street
Northridge, CA 91325

ROBERT B. BAILEY
(NO APPEARANCE RECEIVED)
Jon Slaughter Pelegrin, Esq.
Bailey & Finegan
165 South Union Blvd., #700
Lakewood, CO 80228

RICHARD SEIDMAN
(NO APPEARANCE RECEIVED)
RICHARD SEIDMAN
50 Columbus Blvd.
Hartford, CT 06106

FRANKIE JUANITA de ORCHIS
M. E. de Orchis, Esq.
De Orchis & Partners
71 Broadway
New York, New York 10006

CLAUDIA M. FULLER
(NO APPEARANCE RECEIVED)
James W. Knowles, Esq.
Wilson, Milley, Spivey,
  Sweeny & Knowles
P.O. Box 7339
Tyler, TX 75711

BARBARA LANG
(NO APPEARANCE RECEIVED)
Howard Lang
112 Wilderness Drive, #224
Naples, FL 33942

BILLIE JUANELLE THRASH
(NO APPEARANCE RECEIVED)
Karl V. Hart, Esq.
Shutts & Bowen
125 Northeast First Avenue
Suite 3
Ocala, FL 32670

AUGUSTA J. MacDONALD
JANE MODISETTE
Douglas J. Aanestad, Esq.
Hogue, Speck & Aanestad
Post Office Box 987
Ketchum, ID 83340

SIMEON EDWARD HAYNER
(NO APPEARANCE RECEIVED)
Clyde O. Bowles, Jr., Esq.
Burditt, Bowles, Radzius &
  Ruberry, Ltd.
333 West Wacker Drive
Suite 1900
Chicago, IL 60606

BANK OF MT. CARMEL
(NO APPEARANCE RECEIVED)
Barry J. Freeman, ESq.
Cottlieb & Schwartz
200 East Randolph Drive
Suite 6900
Chicago, IL 60601

MICHAEL PETREE
Alan G. Metzger, Esq.
Robbins, Tinker, Smith & Metzger
700 Market Centre
155 North Market
Wichita, KS 67202

MAREA BURKE GARDNER
(NO APPEARANCE RECEIVED)
Kent McElwain, Esq.
Joseph L. Hamilton, Esq.
Stites & Harbison
600 West Main Street
Louisville, KY 40202

JEAN R. YAWKEY
(NO APPEARANCE RECEIVED)
Daniel L. Goldberg, Esq.
Bingham, Dana & Gould
100 Federal Street
Boston, MA 02110

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. ___790___ -- _In re Exxon Corp. Hawkins Field Unit Recoupment Litigation_

HELEN SHAMBURGER RYALS
C.H. SHAMBURGER, JR.
VERNA LEE SHAMBURGER
(NO APPEARANCE RECEIVED)
John C. McLaurin
P.O. Box 220
Branndon, MI  39042

JOHN C. SHAMBURGER
MARGARET M. SHAMBURGER
(NO APPEARANCE RECEIVED)
Bobby J. Garraway
P.O. Box 3353
Lumberton, MI  39455

STANLEY SCHMITTLER
(NO APPEARANCE RECEIVED)
STANLEY SCHMITTLER
Route 1, Box 1440
St. Charles, MO  63301

LEWIS C. DeGUERIN
(NO APPEARANCE RECEIVED)
Darrell Lincoln Clark, Esq.
Clerk & Sacco
3675 Pecos McLeod, #300
Las Vegas, NV  89121

HENRY E. ANDREWS

John H. Schelke, Esq.
Schuelke & Rich
P.O. Drawer 68
Gallup, NM  87301

LILLIE MCCLELLAN
NORA TECKLEN BURG
Fred J. Glover, Esquire
Box 397
Elephant Butte, NM  87935

BANKERS TRUST CO.
(NO APPEARANCE RECEIVED)
Moses & Singer
1271 Avenue of the Americas
New York, NY  10020

BILLIE MORELAND WOLFER
(NO APPEARANCE RECEIVED)
James W. Gustin, Esq.
1405 Columbia Plaza
250 E. 5th St.
Cincinnati, OH  45202

MARY LEON HARE
LOUISE B. SMITH
Grey W. Satterfield, Esquire
Kornfeld & Franklin
301 N. W. 63rd Street
Suite 600
Oklahoma City, OK  73116-7906

JAMES M. JEFFREY
(NO APPEARANCE RECEIVED)
JAMES M. JEFFREY
1705 W. Frankfort Ave.
Tulsa, OK  74106

ROBERT J. RIGGS
ROBERT J. RIGGS, JR.
MARILYN M. RIGGS
(NO APPEARANCE RECEIVED)
ROBERT J. RIGGS
317 S. Main, Suite 400
Tulsa, OK  74103

FRANCES H. HAMBY
(NO APPEARANCE RECEIVED)
Barth P. Walker, Esq.
Walkere, Walker & Driskill
950 Landmark Towers East
3535 Northwest 58th Street
Oklahoma City, OK  73112

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ____5____

DOCKET NO. __790___ -- In re Exxon Corp. Hawkins Field Unite Recoupment Litigation _____

BETTY JANE CRAFT
DOROTHY TRAIL
J.H. Wilson, Esq.
Terry C. Kern, Esq.
Kern, Worsham & McPhail
P.O. Box 1268
Ardmore, OK 73401

JUANITA JEFFREY WILSON
(NO APPEARANCE RECEIVED)
JUANITA JEFFREY WILSON
Rt. 1 Box 395
Muskogee, OK 74401

MARJORIE C. SINGER
(NO APPEARANCE RECEIVED)
MARJORIE C. SINGER
20 East 5th St., Suite 1210
One Boston Plaza
Tulson, OK 74192

JEFFERSON MEDICAL COLLEGE
(NO APPEARANCE RECEIVED)
Cecelia F. Wambold, Esq.
Duane, Morris & Heckscher
1500 One Franklin Plaza
Philadelphia, PA 19102

REBA LYNCH LeCROY
(NO APPEARANCE RECEIVED)
David M. Dunlap, Esq.
2200 First Tennessee Bldg.
Memphis, TN 38103

UNABLE TO DETERMINE COUNSEL OR
ADDRESSES FOR THE FOLLOWING PARTIES:

FRANCES KITTRELL
JAMES B. KITTRELL
BETTY LOU GREGORY
LILLIE M. GREGORY
RICHARD H. VICKERS
JAMES B. ROGERS
JANE STONEHAM
FREEMAN GOSDEN
GERTRUDE M. REILLY

WILLIAM H. EAGER
JAMES TOMPKINS
F.O. PENN, LTD.
F.O., LTD.
PATRICK H. SULLIVAN
REAGAN JAMES CARAWAY, JR.
FRED GLOVER
OZETTA THOMKINS ALLEN
WANDA BROWN ADAIR
FLORENCE A. BRANDON

UNITED CALIFORNIA BANK, EXECUTOR (FIRST INTERSTATE
BANK OF CALIFORNIA, EXECUTOR)
UNITED CALIFORNIA BANK CO., TRUSTEE (FIRST
INTERSTATE BANK OF CALIFORNIA CO., TRUSTEE)
Sherrill L. Johnson, Esq.
First Interstate Bank of California
Law Division
707 Wilshire Boulevard, W20-1
Los Angeles, California 90017

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 790 -- In re Exxon Corp. Hawkins Field Unit Recoupment Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| E. H. Hamlett, Jr. | A-1 |
| Russell Russo | A-2 |
| Melissa Craddock | A-2 |
| Margaret Bowman | A-3 |
| Frances Kittrell | A-3 |
| James B. Kittrell | A-3 |
| Sara Nell Humphreys | A-3 |
| The First National Bank of El Dorado | A-3 |
| Wanda Brown Adair | A-3 |
| Sara Nell Vickers Humphreys | A-3 |
| Sherry D. Hare Kobus | A-3 |

p.  2

| | |
|---|---|
| Aetna Bell Reichen | A-3 |
| Bettie Lou Gregory | A-3 |
| Lillie M. Gregory | A-3 |
| Richard H. Vickers | A-3 |
| Bobbie Jo Ingram | A-3 |
| McIlroy Bank & Trust | A-3 |
| Leo N. Levi Memorial Hospital | A-3 |
| J. J. Meeker | A-4 |
| Robert A. White | A-4 |
| Ted Beggs Bevan | A-4 |
| Jewis Community Foundation of the Jewish Federation Council of Greater Los Angeles | A-4 |

JPML FORM 3

P. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __790__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Shulia Slaughter | A-4 |
| John B. Wells, Jr. | E-4 |
| Richard W. Ashbury | E-4 |
| James B. Rogers | A-4 |
| Jane Stoneham | E-4 |
| Freeman Gosden | A-4 |
| Gertrude M. Reilly | A-4 |
| Stanley B. Schneider | A-4 |
| United California Bank, Executor | E-4 |
| Bank of America National Trust and Savings Assn. | E-4 |
| William H. Eager | E-4 |

p.   4

| | |
|---|---|
| Jo Ann Payne Schmidt | A-4 |
| Andrea Tompkins | |
| James Tompkins | A-4 |
| John M. Harrison | A-4 |
| Florence Goldie Reed | A-4 |
| Marcelle W. Reed | A-4 |
| Robert B. Bailey | A-5 |
| F. O. ~~Ltd.~~ Penn, LTD. | A-5 |
| F. O. ~~Penn~~, Ltd. | A-5 |
| David SuTton MerediTh | A-7 |
| Claudia M. Fuller | A-7 |

JPML FORM 3

P. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 790 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Frankie Juanita de Orchis | A-6 |
| Barbara Lang | A-7 |
| Billie Juanelle Thrash | A-7 |
| Augusta J. MacDonald | A-8 |
| Jane Modisette | A-8 |
| Simeon Edward Hayner | A-9 |
| Bank of Mt. Carmel | A-9 |
| Joe K. Moody | A-10 |
| Michael Petree | A-11 |
| Merea Burke Gardner | A-12 |
| Jean R. Yawkey | A-13 |

p. ___6___

| | |
|---|---|
| Patrick H. Sullivan | A-13 |
| Helen Shamburger Ryals | A-14  DIS'D - 9/28/88 |
| C. H. Shamburger, Jr. | A-14 |
| Verna Lee Shamburger | A-14 |
| John C. Shamburger | A-14 |
| Margaret M. Shamburger | A-14 |
| Reagan James Caraway, Jr. | A-14  DISD - 9/28/88 |
| Stanley Schmittler | A-15 |
| Fred R. Wolferman | A-15 |
| Lewis C. DeGuerin | A-16 |
| Ruth C. Samuel | A-17 |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 790 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fred J. Glover | A-17 |
| Lillie E. McClellan | A-17 |
| Nora Estelle Tecklenburg | A-17 |
| James Robert Payne | A-17 |
| Henry E. Andrews | A-17 |
| Leland M. Montgomery | A-18 |
| Bnakers Trust Co. | A-18 |
| Billie Moreland Wolfer | A-17 |
| Florence A. Brandon | A-20 |
| James M. Jeffrey | A-20 |
| Robert J. Riggs | A-20 |

p. __8__

| | |
|---|---|
| Robert J. Riggs, Jr. | A-20 |
| M,arilyn M. Riggs | A-20 |
| Frances H. Hamby | A-20 |
| Juanita Jeffrey Wilson | A-20 |
| Ben Whitehill | A-20 |
| Mary Leon Hare | A-20 |
| Margorie C. Singer | A-20 |
| Louise B. Smith | A-20 |
| Betty Jane Craft | A-20 |
| Dorothy Trail | A-20 |
| Lee Friedman | A-21 |

JPML FORM 3

p. ___9___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __790__ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Jefferson Medical College | A-21 |
| M. U. Raumbaugh, M.D. | A-21 |
| Reba Lynch LeCroy | A-22 |
| F. Y. Hutchison, Jr. | A-23 |
| Ozetta Thomkins Allen | A-23 |
| Alvis Henry Price | A-4 |
| Richard Seidman | A-6 |
| Marie Wells Erhard | A-17 |
| | |
| | |
| | |